## TASKS PERFORMED BY TRUSTEE

| | | | |
|---|---|---|---|
| 11/18/05 | TES | Review petition and schedules(.3) conduct 341 Meeting of Creditors(.4) | 0.70 |
| 12/20/05 | TES | Prepare Initial Report of Assets(.3) draft letter to personal injury attorney requesting case status(.3) | 0.60 |
| 01/03/06 | TES | Receipt and review letter from personal injury attorney | 0.20 |
| 01/07/06 | TES | Receipt and review Notice of Claims bar date and docket same | 0.20 |
| 02/23/07 | MMS | Telephone conference with attorney re: settlement | 0.20 |
| 04/25/07 | MMS | Review claims docket on-line and review all proofs of claim and supporting documents(12 claims)(1.0) Telephone conference with Circuit City to see what debtor purchased(.2) Telephone conference with two creditors( for 4 claims) requesting better supporting documents(.4) | 1.60 |
| 06/15/07 | MMS | Telephone conference with circuit city re: security documents | 0.20 |
| 08/03/07 | MMS | review claims docket to see if amended IRS claim filed;(.2) print and review same(.2) Telephone conference with debtor re: same to see if she contests taxes due for 2002 and 2003(left voice mail message)(.1) | 0.50 |
| 08/08/07 | MMS | Telephone conference with Debtor saying does not owe Illinois Dept of Revenue(.2) Telephone conference with Il Dept of Revenue re: same; they will withdraw claim(.2) Telephone conference with Debtor advising that Il Dept of Revenue will withdraw its claim(.2) | 0.60 |
| 10/04/07 | MMS | Breakdown deposit for Personal injury settlement in TCMS to enter gross amount of settlement and enter allocations; run proposed distribution report. | 1.00 |
| 01/20/07 | TES | Complete Forms 1 and 2 for annual reports | 1.00 |
| 08/10/07 | MMS | receipt and review notice of withdrawal filed by Illinois Department of Revenue; import claims into TCMS; edit/amend all claims in TCMS; run proposed distribution. | 1.00 |
| 10/12/07 | MMS | Complete Final Report | 3.50 |
| 10/15/07 | TES | Review and revise Final Report | 0.70 |
| Anticipated | TES | Court appearance on Final Report(1.0) | 2.00 |

**EXHIBIT A**

| | | | |
|---|---|---|---|
| | | transfer funds to checking account and complete Final Distribution Report and send to US Trustee for approval(1.0) | |
| Anticipated | TES | Receive approval of Final Distribution from US Trustee and cut check to creditors and Debtors; review signature and send. | 1.00 |
| Anticipated | TES | Receive approval of Final Distribution from US Trustee and cut check to creditors and Debtors; review signature and send. | 1.00 |
| Anticipated | TES | Monitor receipt of presented and cancelled checks; review of all cancelled checks on or before deadline for presentation; monitor trust account ledger for correct balance upon presentation of checks | 1.50 |
| Anticipated | TES | Complete Final Account and Form 4 | 1.00 |
| Anticipated | TES | Receive U.S. Trustee's Memorandum of Review; finalize file for closing and update internal audit. | 1.00 |
| | | **TOTAL** | **19.50** |

**EXHIBIT A**