UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| SHIPMAN, SUSAN L | ) | CASE NO. 05-43375 |
| | ) | |
| Debtor. | ) | Hon. EUGENE R. WEDOFF |

**NOTICE OF TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS
FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE**

To the Debtor, Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

    At:  Dirksen Federal Building, 219 South Dearborn, Courtroom 744, Chicago, Illinois 60604

    On: **February 19, 2008**          Time: **10:00 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:

    | | |
    |---|---:|
    | Receipts | $45,062.49 |
    | Disbursements | $25,069.40 |
    | Net Cash Available for Distribution | $19,993.09 |

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---:|---:|---:|
| THOMAS E. SPRINGER, Trustee | $0.00 | $4,356.25 | $0.00 |
| THOMAS E. SPRINGER, Attorney for Trustee | $0.00 | $2,433.00 | $0.00 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows: N/A

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $4,748.61 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 100.00% .

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---:|---:|
| 6B | DEPARTMENT OF THE TREASURY | $4,748.61 | $4,748.61 |

7. Claims of general unsecured creditors totaling $26,073.02 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 32.43% .

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | WORLD FINANCIAL NETWORK NATIONAL BANK | $576.46 | $186.94 |
| 2 | WORLD FINANCIAL NETWORK NATIONAL BANK | $625.29 | $202.78 |
| 3 | WORLD FINANCIAL NETWORK NATIONAL BANK | $259.19 | $84.05 |
| 5 | DISCOVER BANK | $8,683.38 | $2,815.94 |
| 6A | DEPARTMENT OF THE TREASURY | $1,166.64 | $378.33 |
| 7 | MARSHALL FIELDS | $598.61 | $194.12 |
| 8 | CITIBANK (USA) N.A. | $1,515.26 | $491.38 |
| 9 | RECOVERY MANAGEMENT SYSTEMS CORPORATION | $487.19 | $157.99 |
| 10 | RECOVERY MANAGEMENT SYSTEMS CORPORATION | $275.49 | $89.34 |
| 11 | NATIONAL CREDIT ACCEPTANCE/CIRCUIT | $11,885.51 | $3,854.36 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 So. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor has been discharged.

Dated: **January 18, 2008**             For the Court,

By:   **KENNETH S. GARDNER**
Kenneth S. Gardner
Clerk of the U.S. Bankruptcy Court
219 S. Dearborn Street; 7th Floor
Chicago, IL 60604

Trustee:    Thomas E. Springer
Address:    400 S. County Farm Road
            Suite 330
            Wheaton, IL  60187
Phone No.:  (630) 510-0000

BAE SYSTEMS
Bankruptcy Noticing Center
2525 Network Place, 3rd Floor
Herndon, Virginia 20171-3514

# CERTIFICATE OF SERVICE

```
District/off: 0752-1          User: amcc7               Page 1 of 2          Date Rcvd: Jan 18, 2008
Case: 05-43375                Form ID: pdf002           Total Served: 38

The following entities were served by first class mail on Jan 20, 2008.
db          +Susan L Shipman,   150 West Maple,   #1305,   Chicago, IL 60610-5425
aty         +James J Burns, JR,   Burns & Wincek,   53 West Jackson,   Suite 909,   Chicago, IL 60604-3837
tr          +Thomas E Springer,   Springer, Brown, Covey, Gaertner & Davis,   400 South County Farm Road,
              Suite 330,   Wheaton, IL 60187-4547
9967754      Bank of America,   c/o Encore Receivable Mgmt. Inc,   400 N. Rogers, PO Box 3330,
              Olathe, KS 66063-3330
9967755     +Beachbody,   P.O. Box 7610,   Torrance, CA 90504-9010
9967756     +Berton Ring P.C.,   19 S. LaSalle,   Suite 1500,   Chicago, IL 60603-1413
9967757     +Capital One Services,   1957 Westmoreland,   Richmond, VA 23276-0001
9967758      Capital One Services,   c/o United Recovery Systems,   P.O. Box 722929,   Houston, TX 77272-2929
9967759      Chase,   Account Inquiries,   P.O. Box 15298,   Wilmington, DE 19850-5298
9967760     +Circuit City Plus Visa,   c/o NCA Financial Services,   1731 Howe Ave. # 254,
              Sacramento, CA 95825-2209
9967761     +Citibank (USA) N.A.,   P O BOX 182149,   Columbus, OH 43218-2149
9967762      Direct Merchant's Bank,   c/o National Asset Recovery, Inc.,   2880 Dresden Drive,   Ste 200,
              Atlanta, GA 30341-3920
9967764      Discover,   c/o Wolpoff & Abramson,   Two Irvington Center, 702 King Farm,
              Rockville, MD 20850-5775
9967765      Home Shopping Network,   EDP No 19-05-234-0956 Univ Fidelity,   P.O. Box 941911,
              Houston, TX 77094-8911
9967767     ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 21126,
              PHILADELPHIA PA 19114-0326
              (address filed with court: Department of the Treasury-Internal Revenue Servic,
              Centralized Insolvency Operations,   P O Box 21126,   Philadelphia, PA 19114)
10551825    +Illinois Department of Revenue,   Bankruptcy Section,   100 West Randolph Street #7-400,
              Chicago, Illinois 60601-3218
9967766      Illinois Dept. Revenue,   P.O. Box 19025,   Springfield, IL 62794-9025
9967769     +Lane Bryant Mail Order,   c/o World Financial Network Bank,   800 Techcenter Drive,
              Gahanna, OH 43230-6605
9967770      Linen-N-Things,   P.O. Box 981084,   El Paso, TX 79998-1084
9967771     +Marshall Fields,   Collections Dept.,   111 Boulder Industrial Dr.,   Bridgeton, MO 63044-1241
9967772     +National City Card Services,   c/o Capital Mngmt Services Inc.,   726 Exchange St., Ste 700,
              Buffalo, NY 14210-1464
10659895    +National Credit Acceptance/Circuit City,   1731 Howe Ave #254,   Sacramento, CA 95825-2209
9967773     +Newport News,   World Financial Network Nat Bank,   800 Techcenter Drive,
              Gahanna, OH 43230-6605
9967774     +Providien,   P.O. Box 660509,   Dallas, TX 75266-0509
9967775     +RCN/14 Chicago,   c/o CCSInc.,   23220 Chagrin, # 400,   Cleveland, OH 44122-5433
10631907    +Recovery Management Systems Corporation,   For GE Money Bank,   dba LINENS N THINGS,
              25 S.E. 2nd Avenue, Suite 1120,   Miami, Fl 33131-1605
10631908    +Recovery Management Systems Corporation,   For GE Money Bank,   dba HOME SHOPPING NETWORK,
              25 S.E. 2nd Avenue, Suite 1120,   Miami, Fl 33131-1605
9967776     +Roamans,   World Financial Network Nat Bank,   800 Techcenter Drive,   Gahanna, OH 43230-6605
9967777      Saks Inc.,   c/o AmSher Collection Svs.,   2090 Columbiana Rd., Ste 3000,
              Birmingham, AL 35216-2161
9967778      Sears Gold Mastercard,   P.O. Box 182156,   Columbus, OH 43218-2156
9967779     +Talk America,   c/o Bay Area Credit Service, Inc.,   50 Airport Parkway, Ste 100,
              San Jose, CA 95110-3722
9967780     +U.S. Cellular,   c/o Account Recovery Service Inc.,   3031 N. 114th St.,
              Milwaukee, WI 53222-4218
9967781      Wickes,   c/o Citifinancial Retail Services,   P.O. Box 8019,   South Hackensack, NJ 07606-8019
10548222    +World Financial Network National Bank,   Roaman's,   c/o Weinstein & Riley, P.S.,
              2101 Fourth Ave., Suite 900,   Seattle, WA 98121-2339
10548221    +World Financial Network National Bank,   Lane Bryant Mail Order,   c/o Weinstein & Riley, P.S.,
              2101 Fourth Ave., Suite 900,   Seattle, WA 98121-2339
10548223    +World Financial Network National Bank,   Newport News,   c/o Weinstein & Riley, P.S.,
              2101 Fourth Ave., Suite 900,   Seattle, WA 98121-2339

The following entities were served by electronic transmission on Jan 19, 2008.
9967763      E-mail/PDF: mrdiscen@discoverfinancial.com Jan 19 2008 02:39:52      Discover,   P.O. Box 30395,
              Salt Lake City, UT 84130-0395
10552928     E-mail/PDF: mrdiscen@discoverfinancial.com Jan 19 2008 02:39:52
              Discover Bank/Discover Financial Services,   PO Box 8003,   Hilliard, OH 43026
                                                                                             TOTAL: 2

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*        +Thomas E Springer,   Springer, Brown, Covey, Gaertner & Davis,   400 South County Farm Road,
              Suite 330,   Wheaton, IL 60187-4547
aty*        +Thomas E Springer,   Springer, Brown, Covey, Gaertner & Davis,   400 South County Farm Road,
              Suite 330,   Wheaton, IL 60187-4547
9967768*    ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 21126,
              PHILADELPHIA PA 19114-0326
              (address filed with court: Department of the Treasury-Internal Revenue Servic,
              Centralized Insolvency Operations,   P O Box 21126,   Philadelphia, PA 19114)
                                                                                             TOTALS: 0, * 3

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0752-1            User: amcc7               Page 2 of 2              Date Rcvd: Jan 18, 2008
Case: 05-43375                  Form ID: pdf002           Total Served: 38
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 20, 2008**                    **Signature:**     *Joseph Speetjens*