ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 05-43375 -ERW | Trustee Name: | THOMAS E. SPRINGER |
|---|---|---|---|
| Case Name: | SHIPMAN, SUSAN L | Bank Name: | BANK OF AMERICA |
|  |  | Account Number / CD #: | *******1177 MONEY MARKET |
| Taxpayer ID No: | *******6083 |  |  |
| For Period Ending: | 04/21/08 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 |  | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|  |  |  | BALANCE FORWARD |  |  |  | 0.00 |
| 05/29/07 | 4 | Roger R. Rudich, Ltd | PI settlement (defendant IL Bell) |  | 17,930.60 |  | 17,930.60 |
|  |  | 205 W. Wacker Drive, Suite 615 | 1st installment receipt of personal injury settlement |  |  |  |  |
|  |  | Chicago, IL 60606 | proceeds per Court Order, last installment of |  |  |  |  |
|  |  |  | $2,000.00 to be received. |  |  |  |  |
|  |  |  | Memo Amount:     43,000.00 | 1142-000 |  |  |  |
|  |  |  | Gross amount of PI settlement |  |  |  |  |
|  |  | TOBY MULHOLLAND | Memo Amount:  (  14,985.00 ) | 3210-600 |  |  |  |
|  |  |  | Special Counsel Attorney Fees |  |  |  |  |
|  |  | TOBY MULHOLLAND | Memo Amount:  (   1,084.40 ) | 3220-610 |  |  |  |
|  |  |  | Special Counsel expenses |  |  |  |  |
|  |  | SUSAN SHIPMAN | Memo Amount:  (   9,000.00 ) | 8100-002 |  |  |  |
|  |  |  | Debtor's claimed Exemption |  |  |  |  |
| 05/31/07 | 5 | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | 0.46 |  | 17,931.06 |
| 06/15/07 | 4 | Roger D. Rudich, Ltd. | PI settlement (from defendant, CTA) | 1142-000 | 2,000.00 |  | 19,931.06 |
|  |  | 205 W. Wacker Drive |  |  |  |  |  |
|  |  | Suite 615 |  |  |  |  |  |
|  |  | Chicago, IL 60606 |  |  |  |  |  |
| 06/29/07 | 5 | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | 15.39 |  | 19,946.45 |
| 07/31/07 | 5 | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | 16.95 |  | 19,963.40 |
| 08/31/07 | 5 | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | 16.96 |  | 19,980.36 |
| 09/28/07 | 5 | BANK OF AMERICA | Interest Rate  0.750 | 1270-000 | 12.73 |  | 19,993.09 |
| 10/31/07 | 5 | BANK OF AMERICA | Interest Rate  0.750 | 1270-000 | 12.74 |  | 20,005.83 |
| 11/30/07 | 5 | BANK OF AMERICA | Interest Rate  0.650 | 1270-000 | 10.69 |  | 20,016.52 |
| 12/31/07 | 5 | BANK OF AMERICA | Interest Rate  0.500 | 1270-000 | 9.57 |  | 20,026.09 |
| 01/31/08 | 5 | BANK OF AMERICA | Interest Rate  0.400 | 1270-000 | 7.93 |  | 20,034.02 |
| 02/29/08 | 5 | BANK OF AMERICA | Interest Rate  0.300 | 1270-000 | 4.76 |  | 20,038.78 |
| 03/10/08 | 5 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 1.47 |  | 20,040.25 |
| 03/10/08 |  | Transfer to Acct #*******1397 | Final Posting Transfer | 9999-000 |  | 20,040.25 | 0.00 |

Page Subtotals        20,040.25        20,040.25

Ver: 12.10a

LFORM24

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 05-43375 -ERW | Trustee Name: | THOMAS E. SPRINGER |
|---|---|---|---|
| Case Name: | SHIPMAN, SUSAN L | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******1177 MONEY MARKET |
| Taxpayer ID No: | *******6083 | | |
| For Period Ending: | 04/21/08 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Memo Allocation Receipts: | 43,000.00 | COLUMN TOTALS | 20,040.25 | 20,040.25 | 0.00 |
| | | Memo Allocation Disbursements: | 25,069.40 | Less: Bank Transfers/CD's | 0.00 | 20,040.25 | |
| | | | | Subtotal | 20,040.25 | 0.00 | |
| | | Memo Allocation Net: | 17,930.60 | Less: Payments to Debtors | | 0.00 | |
| | | | | Net | 20,040.25 | 0.00 | |

Page Subtotals        0.00        0.00

LFORM24                                                                                                                                Ver: 12.10a

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 05-43375 -ERW | Trustee Name: | THOMAS E. SPRINGER |
|---|---|---|---|
| Case Name: | SHIPMAN, SUSAN L | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******1397 GENERAL CHECKING |
| Taxpayer ID No: | *******6083 | | |
| For Period Ending: | 04/21/08 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/10/08 | | Transfer from Acct #*******1177 | Transfer In From MMA Account | 9999-000 | 20,040.25 | | 20,040.25 |
| 03/12/08 | 001000 | THOMAS E. SPRINGER<br>400 S. County Farm Road<br>Suite 330<br>Wheaton, IL 60187 | Chapter 7 Compensation/Fees | 2100-000 | | 4,356.25 | 15,684.00 |
| 03/12/08 | 001001 | Thomas E. Springer<br>Springer, Brown, Covey, Gaertner<br>& Davis LLC<br>400 S. County Farm Road<br>Suite 330<br>Wheaton, IL 60187 | | 3110-000 | | 2,433.00 | 13,251.00 |
| 03/12/08 | 001002 | Department of the Treasury<br>Internal Revenue Service<br>Centralized Insolvency Operations<br>P O Box 21126<br>Philadelphia, PA 19114 | Claim 6B, Payment 100.00000% | 5800-000 | | 4,748.61 | 8,502.39 |
| 03/12/08 | 001003 | World Financial Network National Bank<br>Lane Bryant Mail Order<br>c/o Weinstein & Riley, P.S.<br>2101 Fourth Ave., Suite 900<br>Seattle, WA, 98121 | Claim 1, Payment 32.60937% | 7100-000 | | 187.98 | 8,314.41 |
| 03/12/08 | 001004 | Recovery Management Systems Corporation<br>For GE Money Bank<br>dba HOME SHOPPING NETWORK<br>25 S.E. 2nd Avenue, Suite 1120<br>Miami, Fl 33131 | Claim 10, Payment 32.61098% | 7100-000 | | 89.84 | 8,224.57 |
| 03/12/08 | 001005 | National Credit Acceptance/Circuit City<br>1731 Howe Ave #254<br>Sacramento, CA 95852 | Claim 11, Payment 32.60988% | 7100-000 | | 3,875.85 | 4,348.72 |

Page Subtotals    20,040.25    15,691.53

Ver: 12.10a

LFORM24

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 05-43375 -ERW | Trustee Name: | THOMAS E. SPRINGER |
| Case Name: | SHIPMAN, SUSAN L | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******1397  GENERAL CHECKING |
| Taxpayer ID No: | *******6083 | | |
| For Period Ending: | 04/21/08 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/12/08 | 001006 | World Financial Network National Bank<br>Roaman"s<br>c/o Weinstein & Riley, P.S.<br>2101 Fourth Ave., Suite 900<br>Seattle, WA, 98121 | Claim 2, Payment 32.61047% | 7100-000 | | 203.91 | 4,144.81 |
| 03/12/08 | 001007 | World Financial Network National Bank<br>Newport News<br>c/o Weinstein & Riley, P.S.<br>2101 Fourth Ave., Suite 900<br>Seattle, WA, 98121 | Claim 3, Payment 32.60928% | 7100-000 | | 84.52 | 4,060.29 |
| 03/12/08 | 001008 | Discover Bank/<br>Discover Financial Services<br>PO Box 8003<br>Hilliard, OH 43026 | Claim 5, Payment 32.60988% | 7100-000 | | 2,831.64 | 1,228.65 |
| 03/12/08 | 001009 | Department of the Treasury<br>Internal Revenue Service<br>Centralized Insolvency Operations<br>P O Box 21126<br>Philadelphia, PA 19114 | Claim 6A, Payment 32.60989% | 7100-000 | | 380.44 | 848.21 |
| 03/12/08 | 001010 | Marshall Fields<br>Collections Dept.<br>111 Boulder Industrial Dr.<br>Bridgeton, MO 63044 | Claim 7, Payment 32.61055% | 7100-000 | | 195.21 | 653.00 |
| 03/12/08 | 001011 | Citibank (USA) N.A.<br>P O BOX 182149<br>Columbus, OH 43218 | Claim 8, Payment 32.61025% | 7100-000 | | 494.13 | 158.87 |
| 03/12/08 | 001012 | Recovery Management Systems Corporation<br>For GE Money Bank<br>dba LINENS N THINGS<br>25 S.E. 2nd Avenue, Suite 1120<br>Miami, Fl 33131 | Claim 9, Payment 32.60945% | 7100-000 | | 158.87 | 0.00 |

Page Subtotals   0.00   4,348.72

LFORM24  
Ver: 12.10a

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 05-43375 -ERW | Trustee Name: | THOMAS E. SPRINGER |
|---|---|---|---|
| Case Name: | SHIPMAN, SUSAN L | Bank Name: | BANK OF AMERICA |
|  |  | Account Number / CD #: | *******1397 GENERAL CHECKING |
| Taxpayer ID No: | *******6083 |  |  |
| For Period Ending: | 04/21/08 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|
|  | Memo Allocation Receipts: | 0.00 | COLUMN TOTALS |  | 20,040.25 | 20,040.25 | 0.00 |
|  | Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's |  | 20,040.25 | 0.00 |  |
|  |  |  | Subtotal |  | 0.00 | 20,040.25 |  |
|  | Memo Allocation Net: | 0.00 | Less: Payments to Debtors |  |  | 0.00 |  |
|  |  |  | Net |  | 0.00 | 20,040.25 |  |
|  |  |  |  |  |  | NET | ACCOUNT |
|  | Total Allocation Receipts: | 43,000.00 | TOTAL - ALL ACCOUNTS |  | NET DEPOSITS | DISBURSEMENTS | BALANCE |
|  | Total Allocation Disbursements: | 25,069.40 | MONEY MARKET - *******1177 |  | 20,040.25 | 0.00 | 0.00 |
|  |  |  | GENERAL CHECKING - *******1397 |  | 0.00 | 20,040.25 | 0.00 |
|  | Total Memo Allocation Net: | 17,930.60 |  |  | 20,040.25 | 20,040.25 | 0.00 |
|  |  |  |  |  | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals      0.00      0.00

Ver: 12.10a
LFORM24